Scott E. Gizer, Esq., Nevada Bar No. 12216
 sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
 slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
 ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:20-CV-01373-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO COMPLAINT [ECF No. 1]**<br><br>**[SECOND REQUEST]** |

COMES NOW defendants Chicago Title Insurance Company, Fidelity National Title Group, Inc., and Ticor Title of Nevada, Inc. (collectively, "Defendants") and plaintiff The Bank of New York Mellon Trust Company ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1

**STIPULATION AND ORDER**

1. On July 24, 2020 BONY filed its complaint in the instant action. (ECF No. 1);

2. On August 21, 2020, the Court granted the Parties' first stipulation to extend Defendants' deadline to respond to the Complaint. (ECF No. 9.);

3. Defendants deadline to respond to BONY's complaint is currently September 23, 2020;

4. Defendants request a two-week extension of their respective deadlines to respond to BONY's complaint, through and including October 7, 2020, to allow Defendants' counsel more time to review the allegations underlying the complaint;

5. By entering into this stipulation Defendants do not waive any available defenses under Fed. R. Civ. P. 12;

6. BONY does not oppose the requested extension;

7. This is the second request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that each Defendant's deadline to respond to the complaint is hereby extended through and including October 7, 2020.

Dated: September 20, 2020            SINCLAIR BRAUN LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY

Dated: September 20, 2020            WRIGHT FINLAY & ZAK, LLP

By: /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff
THE BANK OF NEW YORK MELLON TRUST COMPANY

**IT IS SO ORDERED.**

Dated this 21st day of September, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

