1  WRIGHT, FINLAY & ZAK, LLP
2  Darren T. Brenner, Esq.
   Nevada Bar No. 8386
3  Lindsay D. Robbins, Esq.
   Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 637-2345; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, National Association FKA*
7  *The Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase Bank N.A., as*
   *Trustee for RAMP 2005-RS8*
8

9                        **UNITED STATES DISTRICT COURT**

10                              **DISTRICT OF NEVADA**

11

12 | THE BANK OF NEW YORK MELLON | Case No.: 2:20-cv-01373-APG-DJA |
   TRUST COMPANY, NATIONAL
13 ASSOCIATION FKA THE BANK OF NEW
   YORK TRUST COMPANY, N.A. AS
14 SUCCESSOR TO JP MORGAN CHASE  | **STIPULATION AND ORDER TO**
   BANK N.A., AS TRUSTEE FOR RAMP   | **EXTEND TIME PERIOD TO RESPOND**
15 2005-RS8,                        | **TO MOTIONS TO DISMISS [ECF Nos.**
                                    | **14, 15 & 16]**
16              Plaintiff,
                                    | **[First Request]**
17         vs.

18 FIDELITY NATIONAL TITLE GROUP,
   INC.; CHICAGO TITLE INSURANCE
19 COMPANY; TICOR TITLE OF NEVADA,
   INC.,
20
                Defendants.
21

22      Plaintiff The Bank of New York Mellon Trust Company, National Association FKA The

23 Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase Bank N.A., as

24 Trustee for RAMP 2005-RS8 ("BONY"), and Defendants Chicago Title Insurance Company,

25 Fidelity National Title Group, Inc., and Ticor Title of Nevada, Inc. ("Defendants") (collectively,

26 the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

27      1.  On July 24, 2020, BONY filed its Complaint [ECF No.1]

28

2. On August 7, 2020, Defendants each filed a Motion to Dismiss [ECF Nos. 14, 15 & 16];

3. BONY's deadline to respond to Defendants' Motion to Dismiss is currently October 21, 2020;

4. BONY's counsel is requesting a thirty (30) extension until Friday, November 20, 2020, to file its response to Defendants' Motions to Dismiss;

5. This extension is requested to allow counsel for BONY additional time to review and respond to the points and authorities cited to in Defendants' Motion to Dismiss;

6. Counsel for Defendants do not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 16th day of October, 2020. | DATED this 16th day of October, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins*<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase Bank N.A., as Trustee for RAMP 2005-RS8* | */s/ Kevin Sinclair*<br>Kevin Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Venture Boulevard, Suite 400<br>Encino, California 91436<br>*Attorneys for Defendants, Fidelity National Title Group, Inc., Ticor Title of Nevada, Inc., and Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __19th__ day of October, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE