1
2
3
4
5
6

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net

7
8

*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase Bank N.A., as Trustee for RAMP 2005-RS8*

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

| | |
|---|---|
| 12 THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A., AS TRUSTEE FOR RAMP 2005-RS8, | Case No.: 2:20-cv-01373-APG-DJA |
| 16 Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 14, 15 & 16]** |
| 17 vs. | **[Second Request]** |
| 18 FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC., | |
| 20 Defendants. | |

22    Plaintiff The Bank of New York Mellon Trust Company, National Association FKA The

23 Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase Bank N.A., as

24 Trustee for RAMP 2005-RS8 ("BONY"), and Defendants Chicago Title Insurance Company,

25 Fidelity National Title Group, Inc., and Ticor Title of Nevada, Inc. ("Defendants") (collectively,

26 the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

27 / / /

28 / / /

1. On July 24, 2020, BONY filed its Complaint [ECF No.1]

2. On October 7, 2020, Defendants each filed a Motion to Dismiss [ECF Nos. 14, 15 & 16];

3. BONY's deadline to respond to Defendants' Motion to Dismiss is currently November 20, 2020;

4. BONY's counsel is requesting a fourteen (14) day extension until Friday, December 4, 2020, to file its response to Defendants' Motions to Dismiss;

5. This extension is requested in order to allow the parties additional time to discuss a potential stipulation to stay litigation pending a decision in the *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.,* Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC);

6. Counsel for Defendants do not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    7.  This is the second request for an extension which is made in good faith and not for

2         purposes of delay.

3    **IT IS SO STIPULATED.**

| DATED this 20th day of November, 2020. | DATED this 20thday of November, 2020. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* <br> Darren T. Brenner, Esq. <br> Nevada Bar No. 8386 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase Bank N.A., as Trustee for RAMP 2005-RS8* | */s/ Kevin Sinclair* <br> Kevin Sinclair, Esq. <br> Nevada Bar No. 12277 <br> 16501 Venture Boulevard, Suite 400 <br> Encino, California 91436 <br> *Attorneys for Defendants, Fidelity National Title Group, Inc., Ticor Title of Nevada, Inc., and Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __23rd__ day of November, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE