Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE GROUP, INC. and TICOR TITLE OF NEVADA, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                    Defendants. | Case No.: 2:20-CV-01373-APG-DJA<br><br>**STIPULATION AND PROPOSED ORDER STAYING CASE PENDING APPEAL** |

   Plaintiff Bank of New York Mellon Trust Company, National Association and defendants Chicago Title Insurance Company, Fidelity National Title Group, Inc., and Ticor Title of Nevada, Inc. (collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the District Court:



1
**STIPULATION AND PROPOSED ORDER STAYING CASE PENDING APPEAL**



**WHEREAS**, this is one of several a title insurance coverage disputes pending in this district following an HOA foreclosure sale. The majority of cases concern the ALTA 1992 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 Endorsement and either the CLTA 115.1/ALTA 4 Endorsement or the CLTA 115.2/ALTA 5 Endorsement;

**WHEREAS**, one such matter is on appeal in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC) (the "*Wells Fargo II* Appeal"). The parties to that case—whose counsel are also counsel in this action—have been advised that the Ninth Circuit is considering the *Wells Fargo II* Appeal for oral argument sometime between February and April of 2021;

**WHEREAS**, the Parties anticipate that the Ninth Circuit Court of Appeals' decision in the *Wells Fargo II* Appeal will likely touch upon issues regarding the interpretation of the title insurance policy that could potentially affect the disposition of this action, particularly given some of the similarities between the policy at issue in *Wells Fargo II* Appeal and the policy here;

**WHEREAS**, because the *Wells Fargo II* Appeal has the potential to resolve certain matters at issue in this case, the Parties stipulate and agree that a stay of this particular case pending the outcome *Wells Fargo II* Appeal is appropriate;

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The instant action shall immediately be **STAYED**, pending the disposition of the *Wells Fargo II* Appeal.
2. The scheduling order previously entered in this action is hereby **VACATED**.
3. Each of the Parties shall be excused from responding to any now-outstanding discovery requests propounded by the other until after the stay is lifted.
4. Any now-pending deadlines to file responses to, or replies in support of, any outstanding motions are hereby **VACATED**.

//

//

//

**STIPULATION AND PROPOSED ORDER STAYING CASE PENDING APPEAL**

5.  By entering into this stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.

Dated: December 3, 2020          SINCLAIR BRAUN LLP

By:  /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
CHICAGO TITLE INSURANCE COMPANY,
FIDELITY NATIONAL TITLE GROUP, INC.
and TICOR TITLE OF NEVADA, INC.

Dated: December 3, 2020          WRIGHT FINLAY & ZAK, LLP

By:  /s/-Lindsay D. Robbins
LINDSAY D. ROBBINS
Attorneys for Plaintiff
BANK OF NEW YORK MELLON TRUST
COMPANY, NATIONAL ASSOCIATION

**IT IS SO ORDERED.** IT IS FURTHER ORDERED that the motions to dismiss (ECF Nos. 14, 15, 16) are DENIED without prejudice to refile when the stay is lifted.

Dated this __4th__ day of __December__, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

