**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK N.A., AS TRUSTEE FOR RAMP 2005-RS8,<br>　　　　Plaintiff,<br>　　vs.<br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC.,<br>　　　　Defendants. | Case No.: 2:20-cv-01373-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO**<br>**DISMISS CASE WITH PREJUDICE** |

　　Plaintiff, The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase Bank N.A., as Trustee for RAMP 2005-RS8 and Defendants, Fidelity National Title Group, Inc.; Chicago Title Insurance Company and Ticor Title of Nevada, Inc. (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 22nd day of September, 2023.   DATED this 22nd day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*   */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.   Kevin S. Sinclair, Esq.
Nevada Bar No. 13474   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200   15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117   Sherman Oaks, California 91403
*Attorney for Plaintiff, The Bank of New York Mellon Trust Company, National Association FKA The Bank of New York Trust Company, N.A. as Successor to JP Morgan Chase Bank N.A., as Trustee for RAMP 2005-RS8*   *Attorneys for Defendants, Fidelity National Title Group, Inc.; Chicago Title Insurance Company and Ticor Title of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this 26th day of September, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE